# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN MILLER,

    Petitioner,

vs.

A. COX, et al.,

    Respondents.

Case No. 3:08-CV-00599-HDM-(RAM)

**ORDER**

    The Court ordered (#3) Petitioner to file an application to proceed in forma pauperis or to pay the filing fee. Petitioner has not complied within the allotted time.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for Petitioner's failure to comply with the Court's Order (#3). The Clerk of the Court shall enter judgment accordingly.

DATED: January 6, 2009.

_____
HOWARD D. MCKIBBEN
United States District Judge