AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

JOHN MILLER,

     Petitioner,   JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:08-cv-00599-HDM-RAM**

A. COX, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Petitioner's failure to comply with the Court's #3 Order.

   January 6, 2009           **LANCE S. WILSON**
                                                                                          Clerk

                                                                          /s/ Kalani Lizares
                                                                           Deputy Clerk